GOSHORN, Judge,
concurring specially.
I fully concur with the majority. Additionally, as applied to the facts of this case, I find ambiguity in the policy application question which elicited the allegedly false or misleading response.[1] This ambiguity must be construed in favor of the policyholder. See Harris v. Carolina Life Ins. Co., 233 So.2d 833 (Fla.1970); Abrams v. General Ins. Co., 508 So.2d 436 (Fla. 3d DCA 1987); Gaskins v. General Ins. Co. of Fla., 397 So.2d 729 (Fla. 1st DCA 1981).

. The policy application asked:
2. Have all drivers, such as children away from home or in college, who may operate your vehicle on a REGULAR or INFREQUENT basis, been listed on this application? [Emphasis in original].